IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALLAN BLOCK CORPORATION,

                Plaintiff,                              ORDER

    v.                                                  06-cv-476-bbc

COUNTY MATERIALS CORPORATION,

                Defendant.

---

All motions for summary judgment shall be served and filed not later than September 15, 2008.

Entered this 15th day of July, 2008.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge