IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLAN BLOCK CORPORATION,

    Plaintiff,

v.

COUNTY MATERIALS CORPORATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 06-cv-476-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING defendant County Materials Corporation's motion for summary judgment and DISMISSING plaintiff Allen Block Corporation's claims based on the sale of Keystone and County Cub blocks.

_____    12/4/08
Peter Oppeneer, Clerk of Court           Date